**Emery SOOS, Sr., Plaintiff-Appellant,**

v.

**UNITED STATES of America, Defendant-Appellee.**

**No. 15-56663**

United States Court of Appeals, Ninth Circuit.

Submitted August 9, 2017 *

Filed August 16, 2017

Emery Soos, Sr., Pro Se

Valerie Larissa Makarewicz, Assistant U.S. Attorney, DOJ—U.S. Department of Justice, Los Angeles, CA, John Schumann, Bridget Maria Rowan, Attorneys, DOJ—U.S. Department of Justice, Washington, DC, for Defendant-Appellee

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

### MEMORANDUM **

Emery Soos, Sr., appeals pro se from the district court's judgment dismissing his

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

334

action for lack of subject matter jurisdiction. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

In his opening brief, Soos fails to challenge the district court's decision dismissing his action for lack of subject matter jurisdiction and therefore he has waived such a challenge. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant. . . .").

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.